**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VICTOR MUSA WOKILI,<br><br>                               Plaintiff,<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, et al.,<br><br>                               Defendants. | Case No.: 3:21-cv-01682-H-AGS<br><br>**ORDER GRANTING JOINT MOTION FOR AN EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**<br><br>[Doc. No. 4.] |

On September 27, 2021, Plaintiff Victor Musa Wokili filed a petition for writ of mandamus against Defendants U.S. Citizenship and Immigration Services, Ur Jaddou, and Madeline Kristoff ("Defendants"). (Doc. No. 1.) On November 29, 2021, the parties filed a joint motion to extend the time by which Defendants must file their responsive pleading to February 7, 2022. (Doc. No. 4.) The parties represent that Defendant U.S. Citizenship and Immigration Services has scheduled an interview on Plaintiff's petition to Remove Conditions on Residence for December 8, 2021 and expects to adjudicate the petition within 60 days after the interview. (Id. at 1.) The parties represent that if Defendant U.S. Citizenship and Immigration Services approves the petition, it will proceed with

adjudication of Plaintiff's pending naturalization application, which is related to Plaintiff's petition for writ of mandamus. (Id. at 2.) For good cause shown, the Court grants the joint motion. (Doc. No. 4.) Defendants must file their responsive pleading on or before **February 22, 2022**.

**IT IS SO ORDERED.**

DATED: December 3, 2021

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT